# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160651

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

JOSEPH JEROME GRAHAM,
  Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160651
COA: 341393
Wayne CC: 16-010471-FC

   On order of the Court, the application for leave to appeal the October 22, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



             Clerk

b0831